IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| SUN PHARMA GLOBAL FZE et al. | ) |

# SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: November 18, 2013

Date of Expiration of Patent: March 26, 2029

Thirty Month Stay Deadline: May 18, 2016

\_\_\_12/26/2013\_\_\_  
Date

/s/ Jeffrey T. Castellano (No. 4837)  
Attorney(s) for Plaintiff