IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON INC.,                               )<br>                                                             )<br>        Plaintiff,                                )<br>                                                             )<br>        v.                                             )<br>                                                             )<br>SUN PHARMA GLOBAL FZE, SUN      )<br>PHARMACEUTICAL INDUSTRIES LTD., )<br>and SUN PHARMACEUTICAL              )<br>INDUSTRIES INC.,                             )<br>                                                             )<br>        Defendants.                              ) | C.A. No. 13-2096-GMS |

**STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cephalon Inc. and Defendant Sun Pharmaceuticals Industries Inc., subject to the approval of the Court, that the time for Sun Pharmaceuticals Industries Inc. to answer, move or otherwise respond to the Complaint is extended through and including March 31, 2014. The reason for this request is to provide Sun Pharmaceuticals Industries Inc. with sufficient time to investigate and adequately respond to the allegations in the Complaint.

Dated: January 19, 2014


| SHAW KELLER LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| */s/ Karen E. Keller* | */s/ John C. Phillips, Jr.* |
| John W. Shaw (No. 3362) | John C. Phillips, Jr. (No. 110) |
| Karen E. Keller (No. 4489) | Megan C. Haney (No. 5016) |
| Jeffrey Thomas Castellano (No. 4837) | 1200 North Broom Street |
| 300 Delaware Avenue, Suite 1120 | Wilmington, Delaware 19806 |
| Wilmington, Delaware 19801 | (302) 655-4200 |
| (302) 298-0700 | jcp@pgslaw.com |
| jshaw@shawkeller.com | mch@pgslaw.com |
| kkeller@shawkeller.com | |
| jcastellano@shawkeller.com | *Attorneys for Defendants* |
| | |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED this _____ day of _____, 2014.

_____
The Honorable Gregory M. Sleet
Chief, United States District Judge